# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN TAPP | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 07-3725 |
| v. | : | |
| ANDY PROTO, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __12th____ day of May 2010, upon consideration of the Motions for Summary Judgment of Defendants Andy Proto, Gilberto Crespo, Nicole Goldbach, Brenda Williams, Jose Alvarez, and Inez Cedeno (Doc. #41), as well as for Defendants Romanowski, Warden Guarini, Deputy Warden Siemasko, Major Klinovski; Sergeants Wolffe, Trudel, and LeFever; and C.O.s Masterangelo, Brown, McCormick, Ovens, Minotti, Zimmerman, Brendle, Booth, Yeingst, Coco, Barley, and Deford (Doc. #42); and Nurses Downs and Hehnly (Doc. #45), it is **ORDERED** that moving Defendants' motions are **GRANTED**.

It is further **ORDERED** that Plaintiff Sean Tapp's Cross-Motion for Summary Judgment (Doc. #56) is **DENIED**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: